# EXHIBIT 43

**Breach-of-Contract Elements in 50 States, D.C., and Puerto Rico**

| State | Elements |
|---|---|
| Alabama | Identifying the "elements necessary to establish a breach-of-contract claim, i.e., the existence of a valid contract binding the parties in the action, (2) the plaintiff's own performance under the contract, (3) the defendant's nonperformance, and (4) damages." <br><br> *Poole v. Prince*, 61 So. 3d 258, 273 (Ala. 2010) (alteration, citation, and internal quotation marks omitted) |
| Alaska | "In order to assert a claim for breach of contract, a plaintiff must generally allege: (1) existence of a contract; (2) breach; (3) causation; and (4) damages." *Nicdao v. Chase Home Fin.*, 839 F. Supp. 2d 1051, 1068 (D. Alaska 2012) (interpreting Alaska law). |
| Arizona | Plaintiff must "prove [1] the existence of the contract . . ., [2] the breach of the same, and [3] the resulting damages." *Clark v. Compania Ganadera de Cananea, S.A.*, 95 Ariz. 90, 94, 387 P.2d 235, 238 (1963). |
| Arkansas | "In order to state a cause of action for breach of contract, the complaint need only assert [1] the existence of an enforceable contract between the plaintiff and defendant, [2] the obligation of the defendant thereunder, [3] a violation by the defendant, and [4] damages resulting to the plaintiff from the breach." *Smith v. Eisen*, 97 Ark. App. 130, 139, 245 S.W.3d 160, 168–69 (2006). |
| California | "A cause of action for breach of contract requires [1] pleading of a contract, [2] plaintiff's performance or excuse for failure to perform, [3] defendant's breach and damage to plaintiff resulting therefrom." *McKell v. Washington Mut., Inc.*, 142 Cal. App.4th 1457, 1489, 49 Cal.Rptr.3d 227, 253 (Cal. Ct. App. 2006). |
| Colorado | "It has long been the law in Colorado that a party attempting to recover on a claim for breach of contract must prove the following elements: (1) the existence of a contract, (2) performance by the plaintiff or some justification for nonperformance, (3) failure to perform the contract by the defendant, and (4) resulting damages to the plaintiff." *Western Distributing Co. v. Diodosio*, 841 P.2d 1053, 1058 (Colo. 1992) (citations omitted). |
| Connecticut | "By contrast, the key elements of a breach of contract action considered by the court are [1] the formation of an agreement, [2] performance by one party, [3] breach of the agreement by the other party and [4] damages." *Bouchard v. Sundberg*, 80 Conn. App. 180, 189, 834 A.2d 744, 751 (Conn. App. Ct. 2003). |

| | |
|---|---|
| Delaware | "Under Delaware law, the elements of a breach of contract claim are: 1) a contractual obligation; 2) a breach of that obligation by the defendant; and 3) a resulting damage to the plaintiff."<br><br>*Connelly v. State Farm Mut. Auto. Ins. Co.,* 135 A.3d 1271, 1280 n.28 (Del. 2016) (quoting *H–M Wexford LLC v. Encorp, Inc.,* 832 A.2d 129, 140 (Del. Ch. |
| District of Columbia | "To prevail on a claim of breach of contract, a party must establish (1) a valid contract between the parties; (2) an obligation or duty arising out of the contract; (3) a breach of that duty; and (4) damages caused by breach." *Tsintolas Realty Co. v. Mendez,* 984 A.2d 181, 187 (D.C. 2009). |
| Florida | "The elements of a cause of action for breach of contract are: (1) the existence of a contract, (2) a breach of the contract, and (4) damages that resulted from the breach." *DNA Sports Performance Lab, Inc. v. Club Atlantis Condo. Ass'n, Inc.,* 219 So. 3d 107, 109 (Fla. Dist. Ct. App. 2017). |
| Georgia | "The elements for a breach of contract claim in Georgia are the breach, which must be more than de minimis, and the resultant damages to the party having the right to complain about the contract being broken." *TechBios, Inc. v. Champagne,* 301 Ga. App. 592, 595, 688 S.E.2d 378, 381 (2009). |
| Hawaii | "To prevail on a claim for breach of contract, a party must prove: (1) the contract at issue; (2) the parties to the contract; (3) whether Plaintiff performed under the contract; (4) the particular provision of the contract allegedly violated by Defendants; and (5) when and how Defendants allegedly breached the contract." *Evergreen Eng'g, Inc. v. Green Energy Team LLC,* 884 F. Supp. 2d 1049, 1059 (D. Haw. 2012) (interpreting Hawaii law) (quotation marks omitted). |
| Idaho | Elements of breach of contract include: (1) "the making of the contract"; (2) "the breach"; and (3) "a statement of the amount claimed and a prayer for the judgment." *State ex rel. Robins v. Clinger,* 72 Idaho 222, 227, 238 P.2d 1145, 1148-49 (Idaho 1951) (internal quotation marks omitted). |
| Illinois | "It is well established that to prevail on a breach of contract claim, a plaintiff must plead and prove that: (1) a contract exists, (2) plaintiff performed his obligations under the contract, (3) defendant breached the contract, and (4) plaintiff sustained damages as a result of defendant's breach." *Int'l Supply Co. v. Campbell,* 391 Ill. App. 3d 439, 450, 907 N.E.2d 478, 487 (2009). |
| Indiana | "The essential elements of a breach of contract action are [1] the existence of a contract, [2] the defendant's breach thereof, and [3] damages." *Rogier v. Am. Testing & Eng'g Corp.,* 734 N.E.2d 606, 614 (Ind. Ct. App. 2000). |

| | |
|---|---|
| Iowa | "In a breach-of-contract claim, the complaining party must prove: (1) the existence of a contract; (2) the terms and conditions of the contract; (3) that it has performed all the terms and conditions required under the contract; (4) the defendant's breach of the contract in some particular way; and (5) that plaintiff has suffered damages as a result of the breach." *Molo Oil Co. v. River City Ford Truck Sales, Inc.*, 578 N.W.2d 222, 224 (Iowa 1998). |
| Kansas | "In an action for breach of contract, the burden of proof is on the plaintiff to show: (1) execution and existence of the contract alleged in the petition; (2) sufficient consideration to support the contract; (3) performance or willingness to perform in compliance with the contract alleged; and (4) the defendant's breach insofar as such matters are in issue." *Student Loan Mktg. Ass'n ex rel. Sallie Mae Servicing, L.P. v. Hollis*, 34 Kan. App. 2d 541, 541, 121 P.3d 462, 463 (2005). |
| Kentucky | "In declaring on contract, therefore, it is necessary to [1] state the contract, [2] the breach, and [3] the facts which show the loss or damages sustained by reason of the breach." *Miles v. Miller*, 75 Ky. 134, 1876 WL 8199 at *3 (Ky. 1876). |
| Louisiana | "The essential elements of a breach of contract are threefold. First, a plaintiff in a breach of contract claim must prove that the obligor undertook an obligation to perform. Next, they must prove that the obligor failed to perform the obligation, resulting in a breach. Finally, the failure to perform must result in damages to the obligee. *Sanga v. Perdomo*, 14-609 (La. App. 5 Cir. 12/30/14) (citations omitted), 167 So. 3d 818, 822, *writ not considered*, 2015-0222 (La. 4/17/15), 176 So. 3d 1032, and writ denied, 2015-0222 (La. 6/19/15), 172 So. 3d 650. |
| Maine | "To demonstrate that the parties had a legally binding contract, the plaintiff must establish that there was a meeting of the minds between the parties—or "mutual[ ] assent to be bound by all [the] material terms" of the contract. . . . In order to obtain relief for a breach of that contract, the plaintiff must also demonstrate that the defendant breached a material term of the contract, and that the breach caused the plaintiff to suffer damages." *Tobin v. Barter*, 2014 ME 51, ¶ 10, 89 A.3d 1088, 1091–92 (Maine 2014). |
| Maryland | "To prevail in an action for breach of contract, a plaintiff must prove that the defendant [1] owed the plaintiff a contractual obligation and [2] that the defendant breached that obligation." *Taylor v. NationsBank*, N.A., 365 Md. 166, 175, 776 A.2d 645, 651 (Md. 2001). |

| Massachusetts | "The opening outlined above would support an ordinary action of contract in all its essentials in that (1) an agreement was made between the plaintiffs and the defendant supported by valid consideration; (2) the plaintiffs have been ready, willing, and able to perform; (3) the defendant's breach has prevented them from performing." *Singarella v. City of Boston*, 342 Mass. 385, 387, 173 N.E.2d 290, 291 (1961) (citations omitted). |
|---|---|
| Michigan | "A party claiming a breach of contract must establish by a preponderance of the evidence (1) that there was a contract, (2) that the other party breached the contract and, (3) that the party asserting breach of contract suffered damages as a result of the breach." *Miller-Davis Co. v. Ahrens Const., Inc.* (On Remand), 296 Mich. App. 56, 71, 817 N.W.2d 609, 619 (2012), *rev'd in part sub nom.*, 495 Mich. 161, 848 N.W.2d 95 (2014). |
| Minnesota | "To establish a breach-of-contract claim, a plaintiff must show that: (1) a contract was formed; (2) the plaintiff performed any conditions precedent;   and (3) the defendant breached the contract." *Commercial Associates, Inc. v. Work Connection, Inc.*, 712 N.W.2d 772, 782 (Minn. Ct. App. 2006). |
| Mississippi | "The elements of breach of contract are: (1) the existence of a valid and binding contract; (2) breach of the contract by the defendant; and (3) money damages suffered by the plaintiff."<br><br>*Hinds Cty. Econ. Dev. Dist. v. W & G Properties, LLC*, 203 So. 3d 49, 52 (Miss. Ct. App. 2016) (quoting *Guinn v. Wilkerson*, 963 So. 2d 555, 558 (¶ 8) |
| Missouri | "To make a claim for breach of contract, the plaintiff must show [1] the existence of a contract or agreement and the terms of that agreement, [2] that the plaintiff performed or tendered performance, [3] that the defendant did not perform, and [4] that the plaintiff was thereby damaged." *Shirley's Realty, Inc. v. Hunt*, 160 S.W.3d 804, 807 (Mo.App. 2005). |
| Montana | "To state a cause of action *ex contractu* the complaint must disclose a valid agreement, a right in the plaintiff and a breach by the defendant." *Johnson v. Elliot*, 123 Mont. 597, 604, 218 P.2d 703, 706 (1950). |
| Nebraska | "In order to recover in an action for breach of contract, the plaintiff must plead and prove [1] the existence of a promise, [2] its breach, [3] damage, and [4] compliance with any conditions precedent that activate the defendant's duty." *Henriksen v. Gleason*, 263 Neb. 840, 847, 643 N.W.2d 652, 658 (2002). |

| | |
|---|---|
| Nevada | "To establish a cause of action for breach of contract in Nevada, a plaintiff must prove: (1) that there was a valid contract; (2) that the plaintiff performed as specified by the contract; (3) that the defendant failed to perform as specified by the contract; and (4) that the plaintiff suffered an economic loss as a result of the defendant's breach of contract." *Manhattan Associates, Inc. v. Pan Western Corp.*, No. 2:04-CV-01174-BES-RJJ, 2006 WL 2482420, *3 (D. Nev. Aug. 25, 2006). |
| New Hampshire | "A breach of contract occurs when there is a failure without legal excuse to perform any promise which forms the whole or part of a contract." *Audette v. Cummings*, 165 N.H. 763, 767, 82 A.3d 1269, 1273 (2013) (quotation marks omitted). |
| New Jersey | "Essential elements for breach of contract claim a[re] a valid contract, defective performance by the defendant, and resulting damages." <br><br> *Globe Motor Co. v. Igdalev*, 225 N.J. 469, 482, 139 A.3d 57, 64 (N.J. 2016) (quoting *Coyle v. Englander's*, 199 N.J. Super. 212, 223, 488 A. 2d 1083 (N.J. App. Div. 1985)) (internal quotation marks omitted) |
| New Mexico | "Under New Mexico law, the elements of a breach-of-contract action are the existence of a contract, breach of the contract, causation, and damages." <br><br> *Array Techs., Inc. v. Mitchell*, 305 F. Supp. 3d 1256, 1269 (D.N.M. 2018) (alteration and internal quotation marks omitted) |
| New York | "The essential elements of a cause of action to recover damages for breach of contract are (1) the existence of a contract, (2) the plaintiff's performance pursuant to the contract, (3) the defendant's breach of its contractual obligations, and (4) damages resulting from the breach ." <br><br> *Starker v. Trump Vill. Section 4, Inc.,* 162 A.D.3d 946 (N.Y. App. Div. 2018) |
| North Carolina | "The elements of a claim for breach of contract are (1) existence of a valid contract and (2) breach of the terms of that contract." *Poor v. Hill*, 138 N.C.App. 19, 26, 530 S.E.2d 838, 843 (N.C. Ct. App. 2000). |
| North Dakota | "The elements of a prima facie case for breach of contract are (1) the existence of a contract; (2) breach of the contract; and (3) damages which flow from the breach." *U.S. v. Basin Elec. Power Co-op.*, 248 F.3d 781, 810 (8th Cir. 2001) (applying North Dakota law). |
| Ohio | "To prove a breach of contract claim, a plaintiff must show [1] the existence of a contract, [2] performance by the plaintiff, breach by the defendant, [3] and damage or loss to the plaintiff." *Powell v. Grant Med. Ctr.*, 148 Ohio App.3d 1, 10, 771 N.E.2d 874, 881 (Ohio App. 2002) (quotation marks omitted). |

| | |
|---|---|
| Oklahoma | "In order to recover on its breach of contract theory, Digital needed to prove: 1) formation of a contract; 2) breach of the contract; and 3) damages as a direct result of the breach." *Digital Design Group, Inc. v. Information Builders, Inc.*, 24 P.3d 834, 843 (Okla. 2001). |
| Oregon | "In a breach of contract claim, the plaintiff must generally allege and prove [1] the existence of a contract, [2] its relevant terms, [3] plaintiff's full performance and lack of breach and [4] defendant's breach resulting in damage to plaintiff." *Jensen v. Hillsboro Law Grp., PC*, 287 Or. App. 697, 706, 403 P.3d 455, 460 (2017) (quotation marks omitted). |
| Pennsylvania | "To maintain a cause of action in breach of contract, a plaintiff must establish: (1) the existence of a contract, including its essential terms; (2) a breach of a duty imposed by the contract; and (3) resulting damages." *Lackner v. Glosser*, 892 A.2d 21, 30 (Pa. Super. Ct. 2006). |
| Puerto Rico | "Under Puerto Rico law, a claim for breach of contract has three elements: (1) a valid contract; (2) a breach by one of the parties to the contract; and (3) resulting damages." *Yacht Caribe Corp. v. Carver Yacht LLC*, 270 F. Supp. 3d 547, 555 (D.P.R. 2017). |
| Rhode Island | Breach of contract action requires plaintiff to show [1] "the existence and breach of a contract, . . .[and] that [2] the defendant's breach thereof [3] caused him damages." *Petrarca v. Fid. & Cas. Ins. Co.*, 884 A.2d 406, 410 (R.I. 2005). |
| South Carolina | "The elements for a breach of contract are the existence of a contract, its breach, and damages caused by such breach." <br><br> *Hotel & Motel Holdings, LLC v. BJC Enters., LLC,* 414 S.C. 635, 652, 780 S.E.2d 263, 272 (S.C. Ct. App. 2015) (quoting *S. Glass & Plastics Co. v. Kemper,* 399 S.C. 483, 491–92, 732 S.E. 2d 205, 209 (S.C. Ct. App. 2012)) |
| South Dakota | "The elements of breach of contract are: (1) an enforceable promise; (2) a breach of the promise; and (3) resulting damages." W*eitzel v. Sioux Valley Heart Partners*, 714 N.W.2d 884, 894 (S.D. 2006). |
| Tennessee | "The essential elements of any breach of contract claim include (1) the existence of an enforceable contract, (2) nonperformance amounting to a breach of the contract, and (3) damages caused by the breach of the contract." *ARC LifeMed, Inc. v. AMC-Tennessee, Inc.*, 183 S.W.3d 1, 26 (Tenn. App. 2005). |
| Texas | "The essential elements in a suit for breach of contract are: (1) the existence of a valid contract; (2) that the plaintiff performed or tendered performance; (3) that the defendant breached the contract; and (4) that the plaintiff was damaged as a result of the breach." *Hussong v. Schwan's Sales Enterprises, Inc.*, 896 S.W.2d 320, 326 (Tex. App. 1995). |

| Utah | "The elements of a prima facie case for breach of contract are (1) a contract, (2) performance by the party seeking recovery, (3) breach of the contract by the other party, and (4) damages." *Bair v. Axiom Design, L.L.C.*, 20 P.3d 388, 392 (Utah 2001). |
|---|---|
| Vermont | "In the obligation assumed by a party to a contract is found his duty, and his failure to comply with the duty constitutes a breach." *Lapoint v. Dumont Const. Co.*, 128 Vt. 8, 10, 258 A.2d 570, 571 (1969). |
| Virginia | "[T]he essential elements of a cause of action for breach of contract are: (1) a legal obligation of a defendant to the plaintiff, (2) a violation or breach of that right or duty, and (3) a consequential injury or damage to the plaintiff." *Brown v. Harms*, 251 Va. 301, 306, 467 S.E.2d 805, 807 (Va. 1996). |
| Washington | "Generally, a plaintiff in a contract action must prove [1] a valid contract between the parties, [2] breach, and [3] resulting damage." *Lehrer v. State, Dept. of Social and Health Services*, 101 Wash.App. 509, 516, 5 P.3d 722, 727 (Wash. App. 2000). |
| West Virginia | "A breach of contract claim has the following elements: (1) the existence of a valid, enforceable contract; (2) 'that the plaintiff has performed under the contract; (3) 'that the defendant has breached or violated its duties or obligations under the contract; and' (4) that the plaintiff has been injured as a result." *Bennett v. Skyline Corp.*, 52 F. Supp. 3d 796, 808 (N.D. W. Va. 2014). |
| Wisconsin | "In evaluating a breach of contract claim, we must first [1] determine whether a valid contract exists. If a valid contract exists, we then [2] must determine whether a party has violated its terms, and [3] whether any such violation is material such that it has resulted in damages." *Riegleman v. Krieg*, 271 Wis.2d 798, 808, 679 N.W.2d 857, 862–863 (Wis. App. 2004). |
| Wyoming | "The elements for a breach of contract claim consist of a lawfully enforceable contract, an unjustified failure to timely perform all or any part of what is promised therein, and entitlement of injured party to damages." *Schlinger v. McGhee*, 2012 WY 7, ¶ 12, 268 P.3d 264, 268 (Wyo. 2012), as amended on reh'g (Feb. 7, 2012). |