**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELEN HANKS, on behalf of herself and all others similarly situated,<br><br>                                    Plaintiff,<br><br>          vs.<br><br>THE LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK; VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY, formerly known as Aetna Life Insurance and Annuity Company,<br>                                    Defendants. | Civil Action No. 16-cv-6399 |

**NOTICE OF MOTION AND MOTION FOR APPROVAL OF**
**FORM AND MANNER OF CLASS NOTICE**
**PURSUANT TO THE COURT'S MARCH 13, 2019 ORDER (DKT. #110)**

**Please take notice** that pursuant to Federal Rule of Civil Procedure 23(c) and the Court's March 13, 2019 Order, Class Counsel hereby moves this Court for an order approving the proposed form of notice to class members and a plan for distributing notice described in the accompanying memorandum of points and authorities and declarations of Nicholas N. Spear and Jennifer M. Keough. Defendant Voya Retirement Insurance and Annuity Company has informed Class Counsel that they will not oppose this motion.

This motion is based upon this notice, the aforementioned memorandum of law and declarations filed concurrently herewith, all the pleadings, documents, and records on file herein, and on such other evidence and argument as may be requested or permitted by the Court on this motion.

Dated: April 3, 2019

 /s/ Seth Ard
Seth Ard
Ryan C. Kirkpatrick (*pro hac vice*)
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Steven G. Sklaver (*pro hac vice*)
Nicholas N. Spear (*pro hac vice*)
Michael Gervais
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
nspear@susmangodfrey.com
mgervais@susmangodfrey.com

*Class Counsel*

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served

on the following counsel, this April 3, 2019.

Alan B. Vickery
Jack G. Stern
John F. LaSalle
Andrew Villacastin
Boies Schiller Flexner LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350
jstern@bsfllp.com
jlasalle@bsfllp.com
avickery@bsfllp.com
avillacastin@bsfllp.com

Motty Shulman
Evelyn Fruchter
Boies Schiller Flexner LLP
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
mshulman@bsfllp.com
efruchter@bsfllp.com

*Attorneys for Voya Retirement Insurance and Annuity Company, formerly known
as Aetna Life Insurance and Annuity Company*

 /s/ Nicholas N. Spear
  Nicholas N. Spear

2