UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HELEN HANKS, on behalf of herself and all
others similarly situated,

                        Plaintiff,                                          16-cv-6399 (PKC)

            -against-
                                                                            ORDER

VOYA RETIREMENT INSURANCE AND
ANNUITY COMPANY, formerly known as
Aetna Life Insurance and Annuity Company,

                        Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        By March 30, 2021, each party shall advise the Court in writing of any dates on

which the party is not available to try the case during the third quarter of 2021, together with an

explanation of the reason for unavailability.

        SO ORDERED.

                                                    _____
                                                         P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
        March 23, 2021