UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HELEN HANKS, on behalf of herself and all
others similarly situated,

                    Plaintiff,                                   16-cv-6399 (PKC)

    -against-

                                                            ORDER

VOYA RETIREMENT INSURANCE AND
ANNUITY COMPANY, formerly known as
Aetna Life Insurance and Annuity Company,

                    Defendant.

------------------------------------------------------------x

CASTEL, U.S.D.J.

        Due to the final pre-trial conference in this matter held on May 12, 2021, in addition to the motions identified in the minute entry that were terminated, the Clerk is also directed to terminate the following motions (Docs 189 and 192).

        SO ORDERED.

                                                          P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          May 13, 2021