UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HELEN HANKS, on behalf of herself and all
others similarly situated,

                    Plaintiff,                    16-cv-6399 (PKC)

    -against-

                                                   ORDER

VOYA RETIREMENT INSURANCE AND
ANNUITY COMPANY, formerly known as
Aetna Life Insurance and Annuity Company,

                  Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Trial of this matter is set as a backup trial for the week of December 6, 2021 in a courtroom to be announced.  There will be a conference on November 23, 2021 at 2:00 P.M. in Courtroom 11D, 500 Pearl Street, New York, New York at which final instructions will be given.

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       August 31, 2021