UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN HANKS, on behalf of herself and all others similarly situated,

                Plaintiffs,

- against -

VOYA RETIREMENT INSURANCE and ANNUITY COMPANY, f/k/a AETNA LIFE INSURANCE AND ANNUITY COMPANY,

                Defendant.

No. 16-cv-6399 (PKC)

*Motion GRANTED.*
*SO ORDERED*
*[signature]*
*USDJ*
*1-11-22*

**NOTICE OF DEFENDANT'S SUPPLEMENTAL APPLICATION TO SEAL DOCUMENTS FILED IN CONNECTION WITH DEFENDANT'S MOTION *IN LIMINE* REGARDING DAMAGES**

PLEASE TAKE NOTICE that, upon Defendant's Supplemental Application to Seal Documents Filed in Connection With Defendant's Motion *in Limine* Regarding Damages and the Declaration of Motty Shulman with accompanying exhibits, and all prior pleadings and proceedings held herein, Defendant Voya Retirement Insurance and Annuity Company, f/k/a Aetna Life Insurance and Annuity Company, ("VRIAC") hereby moves for an order granting leave to file in redacted form certain documents submitted in connection with the supplemental briefing ordered by the Court regarding Defendant's Motion *in Limine* regarding damages.

Dated: July 7, 2021

                FRIED, FRANK, HARRIS, SHRIVER &
                JACOBSON LLP

                By: *s/Motty Shulman*
                Motty Shulman
                Robin A. Henry
                Glenn L. Radecki
                Bryan A. McIntyre
                One New York Plaza
                New York, NY 10004
                Tel: (212) 859-8000
                Fax: (212) 859-4000
                motty.shulman@friedfrank.com
                robin.henry@friedfrank.com
                glenn.radecki@friedfrank.com
                bryan.mcintryre@friedfrank.com

                BOIES SCHILLER FLEXNER LLP
                Alan B. Vickery
                John F. LaSalle
                55 Hudson Yards
                New York, NY 10001
                Tel: (212) 446-2300
                Fax: (212) 446-2350
                avickery@bsfllp.com
                jlasalle@bsfllp.com


                *Attorneys for Defendant Voya*
                *Retirement Insurance and Annuity*
                *Company*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel, this 7th day of July, 2021.

Seth D. Ard
Ryan C. Kirkpatrick
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Steven G. Sklaver
Michael Gervais
Kalpana Srinivasan
Nicholas N. Spear
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com
ksrinivasan@susmangodfrey.com
nspear@susmangodfrey.com

*Attorneys for Plaintiffs*

/s Motty Shulman
Motty Shulman