UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN HANKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY, formerly known as Aetna Life Insurance and Annuity Company,<br><br>Defendant. | Civil Action No. 16-cv-6399 (PKC) |

**NOTICE OF CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND INCENTIVE AWARD**

**PLEASE TAKE NOTICE** that Class Counsel for Plaintiff Helen Hanks, on behalf of herself and the certified class, will move this Court before the Honorable P. Kevin Castel for an order for attorneys' fees, reimbursement of litigation expenses, and an incentive award for Plaintiff Helen Hanks.

In support of the motion, Class Counsel will rely upon the accompanying memorandum of law, the declarations attached thereto, and other written or oral argument as may be requested or permitted by the Court.

Dated: April 4, 2022

      /s/ Seth Ard
Seth Ard
Ryan C. Kirkpatrick (*pro hac vice*)
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: 212-336-8330
Fax: 212-336-8340
sard@susmangodfrey.com
rkirkpatrick@susmangodfrey.com

Steven G. Sklaver (*pro hac vice*)
Kalpana Srinivasan (*pro hac vice*)
Michael Gervais
Nicholas N. Spear (*pro hac vice*)
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: 310-789-3100
Fax: 310-789-3150
ssklaver@susmangodfrey.com
ksrinivasan@susmangodfrey.com
mgervais@susmangodfrey.com
nspear@susmangodfrey.com

*Class Counsel*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel, this April 4, 2022.

Alan B. Vickery
Boies Schiller Flexner LLP
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
avickery@bsfllp.com
efruchter@bsfllp.com

John F. LaSalle
Andrew Villacastin
Boies Schiller Flexner LLP
55 Hudson Yards
20th Floor
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350
jlasalle@bsfllp.com
avillacastin@bsfllp.com

Motty Shulman
Robin A. Henry
Glenn L. Radecki
Bryan McIntyre
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000 (telephone)
(212) 859-4000 (facsimile)
motty.shulman@friedfrank.com
robin.henry@friedfrank.com
glenn.radecki@friedfrank.com

*Attorneys for Voya Retirement Insurance and Annuity Company, formerly known as Aetna Life Insurance and Annuity Company*

                                             */s/ Nicholas N. Spear*
                                             Nicholas N. Spear