# Exhibit 3



# ÆTNA LIFE INSURANCE AND ANNUITY COMPANY
### Hartford, Connecticut 06156

WILL PAY the Proceeds Payable Upon Death to the Beneficiary upon receipt of due proof of the death of the Insured while this policy is in force and before the Maturity Date; or

WILL PAY the Proceeds Payable Upon Maturity to the Owner on the Maturity Date if the Insured is living on that date.

The provisions of this and the following pages are part of the policy.

### RIGHT OF POLICY EXAMINATION

All premiums will be refunded if this policy is returned to Ætna or its representative for cancellation within 10 days after it is delivered. The policy will then be deemed void from its beginning.

Signed for Ætna on its Date of Issue.

_Louise L. McConnell_
Secretary

_William O. Bailey_
President

_S. Bajek_
Registrar

**FLEXIBLE PREMIUM ADJUSTABLE ENDOWMENT POLICY**
**ADJUSTABLE DEATH PROCEEDS PAYABLE UPON DEATH PRIOR TO MATURITY DATE**
**FLEXIBLE PREMIUMS PAYABLE UNTIL MATURITY DATE OR PRIOR DEATH**
**NET CASH VALUE PROCEEDS PAYABLE IF INSURED IS LIVING ON MATURITY DATE**
**NON-PARTICIPATING**

38640  T

## Policy Summary

It is important that you understand your insurance policy. Ætna has used simple words in this brief summary and in the policy. This summary is not a substitute for the detailed policy provisions.

This is a flexible premium adjustable endowment policy. An adjustable death benefit is payable upon the death of the Insured before the Maturity Date. An adjustable cash value is payable if the Insured is alive on the Maturity Date.

Premiums are payable until the Maturity Date. Sufficient premiums must be paid to continue the policy in force until then. Premium reminder notices will be sent for planned premiums and for premiums required to continue the policy in force. There is a right to reinstate the policy.

Some of the other rights available while the Insured is living are:

- the right to change the owner and beneficiary
- the right to change the amount of insurance
- the right to change the death benefit option
- the right to change premiums
- the right to make loans
- the right to surrender the policy
- the right to choose alternate methods for payment of benefits

### THIS POLICY IS A LEGAL CONTRACT BETWEEN THE OWNER AND ÆTNA

## READ YOUR POLICY CAREFULLY

## Where To Find It

| | Page No. | | Page No. |
|---|---|---|---|
| Policy Specification | 2 | Policy Values | 7 |
| Table of Surrender Charges | 3 | Non-Forfeiture | 8 |
| Table of Guaranteed Maximum Insurance Rates | 4 | Policy Loans | 9 |
| | | Changes in Insurance Coverage | 9 |
| Owner and Beneficiary | 5 | Annual Report/Projection of Benefits | 10 |
| Proceeds Payable by Ætna | 5 | | |
| Death Benefit Options | 5 | General Provisions | 10 |
| Premiums and Reinstatement | 6 | Settlement Options | 11 & 12 |

### Any riders and a copy of the application follow Page 12

## POLICY SPECIFICATIONS

NAME OF INSURED ▶   HELEN R HANKS

POLICY NUMBER ▶   U 1 070 058    JANUARY 10, 1984   ◀ DATE OF ISSUE

**PREMIUM CLASS**   NONSMOKER                    **SEX** FEMALE    **AGE** ▮

BENEFICIARY - AS PROVIDED IN THE APPLICATION UNLESS CHANGED AS PROVIDED HEREIN.

POLICY OWNER- AS PROVIDED IN THE APPLICATION UNLESS CHANGED AS PROVIDED HEREIN.


PLAN - FLEXIBLE PREMIUM ADJUSTABLE ENDOWMENT POLICY

INITIAL SPECIFIED AMOUNT:        $50,000      DEATH BENEFIT OPTION:  1 - CASH VALUE
                                              IS INCLUDED IN THE SPECIFIED AMOUNT
PLANNED PREMIUM:               $76.50 PAYABLE QUARTERLY

                                              MATURITY DATE:     JANUARY 10, 2045
BASIC MONTHLY PREMIUM
  BASIC POLICY ONLY:            $25.50        MONTHLY DEDUCTION DAY:  THE 10TH DAY
                                              OF EACH MONTH
MONTHLY EXPENSE CHARGE:         $3.00*
* INCLUDED IN BASIC MONTHLY PREMIUM


        THIS POLICY MAY TERMINATE PRIOR TO THE MATURITY DATE IF PREMIUMS PAID
        AND INTEREST CREDITED ARE INSUFFICIENT TO CONTINUE COVERAGE TO THAT DATE

POLICY LOAN INTEREST:   7.40% PER YEAR IN ADVANCE

GUARANTEED INTEREST RATE FOR CASH VALUE:   4.50% PER YEAR

ULSP 00112    * 0903 84.016 08.19.36

HELEN R HANKS

## TABLE OF SURRENDER CHARGES

| POLICY MONTH STARTING | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 |
|---|---|---|---|---|---|---|---|---|---|---|
| | $$ | $$ | $$ | $$ | $$ | $$ | $$ | $$ | $$ | $$ |
| JAN | 383 | 345 | 307 | 268 | 230 | 192 | 153 | 115 | 77 | 38 |
| FEB | 380 | 342 | 304 | 265 | 227 | 189 | 150 | 112 | 73 | 35 |
| MAR | 377 | 339 | 300 | 262 | 224 | 185 | 147 | 109 | 70 | 32 |
| APR | 374 | 335 | 297 | 259 | 220 | 182 | 144 | 105 | 67 | 29 |
| MAY | 371 | 332 | 294 | 256 | 217 | 179 | 141 | 102 | 64 | 26 |
| JUN | 367 | 329 | 291 | 252 | 214 | 176 | 137 | 99 | 61 | 22 |
| JUL | 364 | 326 | 288 | 249 | 211 | 173 | 134 | 96 | 58 | 19 |
| AUG | 361 | 323 | 284 | 246 | 208 | 169 | 131 | 93 | 54 | 16 |
| SEP | 358 | 319 | 281 | 243 | 204 | 166 | 128 | 89 | 51 | 13 |
| OCT | 355 | 316 | 278 | 240 | 201 | 163 | 125 | 86 | 48 | 10 |
| NOV | 351 | 313 | 275 | 236 | 198 | 160 | 121 | 83 | 45 | 6 |
| DEC | 348 | 310 | 272 | 233 | 195 | 157 | 118 | 80 | 42 | 3 |

THIS TABLE APPLIES TO THE INITIAL SPECIFIED AMOUNT FOR THE FIRST 10 POLICY YEARS.

AN ADDITIONAL TABLE WILL APPLY UPON EACH INCREASE IN THE SPECIFIED AMOUNT. THE 10 YEAR PERIOD FOR THE ADDITIONAL TABLE WILL INCLUDE THE POLICY YEAR IN WHICH THE INCREASE OCCURS.

A CHANGE IN THE DEATH BENEFIT OPTION WILL RESULT IN A CHANGE IN THE AMOUNT OF THE TABLE. AETNA WILL PROVIDE A NEW TABLE WHEN A CHANGE OCCURS.

FOR ANY POLICY ISSUED UNDER THE EXCHANGE PROVISION OF PAGE 9, THE OWNER MAY CHOOSE AS THE DATE OF ISSUE EITHER THE DATE OF THIS POLICY OR THE DATE OF THE EXCHANGE. PREMIUMS WILL BE BASED ON THE ATTAINED AGE OF THE INSURED ON THE DATE CHOSEN.

## TABLE OF
## GUARANTEED MAXIMUM INSURANCE RATES

| ATTAINED AGE* | MONTHLY RATE | ATTAINED AGE* | MONTHLY RATE | ATTAINED AGE* | MONTHLY RATE |
|---|---|---|---|---|---|
| 34 | 0.18250 | 55 | 0.83070 | 76 | 5.29960 |
| 35 | 0.18750 | 56 | 0.90830 | 77 | 5.70910 |
| 36 | 0.19340 | 57 | 0.99270 | 78 | 6.15180 |
| 37 | 0.20000 | 58 | 1.08450 | 79 | 6.64220 |
| 38 | 0.20920 | 59 | 1.18560 | 80 | 7.19300 |
| 39 | 0.22000 | 60 | 1.29670 | 81 | 7.81560 |
| 40 | 0.23340 | 61 | 1.41870 | 82 | 8.50420 |
| 41 | 0.25090 | 62 | 1.55160 | 83 | 9.24930 |
| 42 | 0.27090 | 63 | 1.69790 | 84 | 10.04570 |
| 43 | 0.29430 | 64 | 1.85680 | 85 | 10.88130 |
| 44 | 0.32010 | 65 | 2.02990 | 86 | 11.75150 |
| 45 | 0.34760 | 66 | 2.21910 | 87 | 12.65910 |
| 46 | 0.37760 | 67 | 2.42590 | 88 | 13.61110 |
| 47 | 0.41020 | 68 | 2.65290 | 89 | 14.61210 |
| 48 | 0.44600 | 69 | 2.90340 | 90 | 15.65920 |
| 49 | 0.48610 | 70 | 3.18010 | 91 | 16.79830 |
| 50 | 0.53030 | 71 | 3.48540 | 92 | 18.02410 |
| 51 | 0.57950 | 72 | 3.81530 | 93 | 19.38010 |
| 52 | 0.63370 | 73 | 4.16640 | 94 | 20.90910 |
| 53 | 0.69380 | 74 | 4.53290 | | |
| 54 | 0.75970 | 75 | 4.91150 | | |

* ATTAINED AGE MEANS AGE ON THE BIRTHDAY NEAREST THE FIRST DAY OF
THE POLICY YEAR IN WHICH THE MONTHLY DEDUCTION DAY OCCURS.

## Owner and Beneficiary

**Owner**    During the lifetime of the Insured all rights granted by the policy or allowed by Ætna belong to the Owner.

**Beneficiary**    Unless this policy states otherwise, the rights of any beneficiary who dies before the Insured belong to the Owner.

**Changes in Owner and Beneficiary**    Unless this policy states otherwise, the Owner and the Beneficiary, or either of them, may be changed. This may be done as often as desired during the lifetime of the Insured and before the Maturity Date. A signed request must be sent to Ætna. When Ætna gives its written acceptance, the change will take effect as of the date the request was signed. The change will be subject to any action which Ætna takes before the written acceptance.

**Assignment**    No assignment will bind Ætna until it or a copy is received at the Home Office. When it is received, the rights of the Owner and of the Beneficiary will from then on be subject to the assignment. Ætna is not obliged to see that the assignment is valid.

## Proceeds Payable by Ætna

**Proceeds Defined**    Proceeds means the amount payable on the death of the Insured, on the Maturity Date, or upon surrender of this policy.

Death — The Proceeds Payable Upon Death means the Death Benefit minus any loan balance outstanding on the date of death.

*or*

Maturity — The Proceeds Payable Upon Maturity means the net cash value on the Maturity Date. The net cash value will be the cash value on the Maturity Date minus any loan balance outstanding on that date.

*or*

Surrender — The proceeds payable upon surrender of this policy will be the Surrender Value.

**Adjustments To Proceeds**    All proceeds are subject to adjustment under the Age and Sex, Incontestability, Suicide and Grace Period provisions.

## Death Benefit Options

**Options**    The Death Benefit used in determining the Proceeds Payable Upon Death will be as provided under one of the Death Benefit options. The option for this policy as of the Date of Issue is shown on page 2.

Option 1 — The Specified Amount includes the cash value. Under this option, the Death Benefit will be the greater of (a) the Specified Amount on the date of death, and (b) a percentage, as determined below, of the cash value on the date of death. Unless (b) applies, payment of a premium under this option will not increase the Death Benefit.

Option 2 — The Specified Amount is in addition to the cash value. Under this option, the Death Benefit will be the greater of (a) the Specified Amount plus the cash value on the date of death, and (b) a percentage, as determined below, of the cash value on the date of death.

Under either Death Benefit Option, the Death Benefit shall be not less than a percentage, as determined below, of the cash value on the date of death. Age on the birthday nearest the first day of the policy year in which death occurs is used.

| ATTAINED AGE | CASH VALUE % | ATTAINED AGE | CASH VALUE % | ATTAINED AGE | CASH VALUE % | ATTAINED AGE | CASH VALUE % |
|---|---|---|---|---|---|---|---|
| 40 And Younger | 140% | | | | | | |
| 41 | 139 | 51 | 129% | 61 | 119% | 71 | 109% |
| 42 | 138 | 52 | 128 | 62 | 118 | 72 | 108 |
| 43 | 137 | 53 | 127 | 63 | 117 | 73 | 107 |
| 44 | 136 | 54 | 126 | 64 | 116 | 74 | 106 |
| 45 | 135 | 55 | 125 | 65 | 115 | 75 And Older | 105 |
| 46 | 134 | 56 | 124 | 66 | 114 | | |
| 47 | 133 | 57 | 123 | 67 | 113 | | |
| 48 | 132 | 58 | 122 | 68 | 112 | | |
| 49 | 131 | 59 | 121 | 69 | 111 | | |
| 50 | 130 | 60 | 120 | 70 | 110 | | |

## Premiums and Reinstatement

**Premiums**

Premium due dates, policy anniversaries, policy years and policy months are measured from the Date of Issue. The first premium is due on the Date of Issue. No benefit will be provided on the basis of a premium until that premium is paid. Premiums are payable until the Maturity Date.

Premiums may be paid to Ætna or its authorized representative. A receipt signed by an officer of Ætna will be given upon request.

**Planned Premiums**

Premium reminder notices for planned premiums will be sent at frequencies of 1, 3, 6 or 12 months. Planned premiums as of the Date of Issue are shown on page 2.

**Additional Premiums**

Additional premiums may be paid at any time while the policy is in force and before the Maturity Date. The amount and frequency of planned premiums may also be changed. However, Ætna will have the right to limit the amount and number of additional premiums, as well as the right to limit any increase in planned premiums, subject to these rules:

   1.   Additional premiums may be paid only when there is no outstanding loan balance.

   2.   During each policy year, not more than $25,000 in total additional premiums may be paid and not more than $25,000 in total increases in planned premiums may be made. Further limits may be applied to the extent necessary to preserve the favorable income tax status of this policy. A statement of any such further limits will be sent each year to the Owner.

   3.   Evidence of insurability satisfactory to Ætna may be required. This will happen only if payment of the additional premium or the new planned premium would, during the current policy year, increase the difference between the Death Benefit and the cash value.

**Premium Limit Due to Loans**

While there is an outstanding loan balance, the sum of all payments to Ætna during each policy year in excess of the premium limit due to loans will be considered as loan balance repayments and not as premiums. The premium limit due to loans during each policy year will be the sum of the Basic Monthly Premiums for each of the 12 months of that year.

All payments to Ætna during a policy year will be counted in determining when the limit is reached, whether or not there is an outstanding loan balance at the time of payment. The Basic Monthly Premium on the Date of Issue is shown on page 2.

**Effective Dates**

The Date of Issue will be the effective date for the coverage provided in the original application.

For any increase, addition to coverage, or reinstatement, the effective date will be the monthly deduction day on or next following the date of Ætna's approval.

**Grace Period**

If the Surrender Value is insufficient to allow a monthly deduction on the monthly deduction day, Ætna will allow 61 days of grace to pay a premium that will cover the deduction.

During the days of grace the policy will stay in force. If the Insured dies during the days of grace, Ætna will deduct the overdue monthly deduction(s) from the proceeds. If the premium is not paid within 61 days after the monthly deduction day, the policy will terminate without value at the end of the grace period. Written notice will be sent to the Owner not less than 31 days before termination. However, termination will not occur if the policy is being continued under the Basic Monthly Premium provision.

**Basic Monthly Premium**

This policy will not terminate within the 2 year period after its effective date if on each monthly deduction day within that period the sum of premiums paid within that period equals or exceeds the sum of (a) and (b) where:

   (a)   is the sum of the Basic Monthly Premiums for each policy month from the start of that period, including the current month;

and (b)   is any withdrawals plus any increase in the loan balance since the start of that period.

**Reinstatement**

If this policy terminates as provided under Grace Period, it may be restored to full force within 5 years after the date of termination and before the Maturity Date. Evidence of insurability satisfactory to Ætna must be submitted. A premium sufficient to keep the policy in force for the current and next policy month must be paid. The cash value of this policy upon reinstatement will be that provided by the premium then paid.

## Policy Values

| | |
|---|---|
| **Cash Value** | The cash value on the Date of Issue will be the first premium paid less the monthly deduction for the first month. |

The cash value after the Date of Issue and before the Maturity Date will be (a) minus (b) where

(a) is the sum of

(1) the cash value on the last previous monthly deduction day with interest to date; and

(2) premiums paid since the last previous monthly deduction day with interest to date;

and (b) is the sum of

(1) any withdrawals since the last previous monthly deduction day with interest to date; and

(2) the monthly deduction for the month which is then starting, if the date of calculation is a monthly deduction day.

**Interest Rate**

Ætna will credit interest on the cash value at not less than the guaranteed rate. The guaranteed rate is 0.36748% per month, compounded monthly. This is equivalent to 4½% per year.

Ætna may credit interest at a rate in excess of the guaranteed rate.

Excess interest will not be credited to any portion of the cash value which is used to secure a loan balance.

**Monthly Deductions**

The monthly deduction is equal to the Cost of Insurance for the policy plus the cost of any riders attached to the policy. It is deducted from the cash value on each monthly deduction day.

The first monthly deduction day is the Date of Issue. Monthly deduction days occur each month thereafter on the same day of the month as the Date of Issue.

**Cost of Insurance**

The Cost of Insurance on any monthly deduction day will be (1) multiplied by the result of (2) minus (3) where

(1) is the Cost of Insurance Rate on that date, divided by 1000

(2) is the Death Benefit on that date, divided by 1.0036748

(3) is the cash value on that date before computing the monthly deductions for the Cost of Insurance for the policy and any waiver of premium rider.

**Cost of Insurance Rate**

The Monthly Cost of Insurance is based on the Insured's sex, attained age and premium class. Attained age means age on the birthday nearest the first day of the policy year in which the monthly deduction day occurs. For the Initial Specified Amount, the premium class on the Date of Issue will be used. For each increase, the premium class for that increase will be used.

The monthly Cost of Insurance rates may be adjusted by Ætna from time to time. Adjustments will be on a class basis and will be based on Ætna's estimates for future cost factors, such as mortality, investment income, expenses and the length of time policies stay in force. Any adjustments will be made on a uniform basis. However, the rate during any policy year may never exceed the rate shown for that year in the Table of Guaranteed Maximum Insurance Rates in this policy. Those rates are based on the 1958 Commissioners Standard Ordinary Mortality Table, male or female.

## Non-Forfeiture Provision

**Continuation of Coverage**

If planned premiums are not paid, coverage under this policy will continue to the Maturity Date as long as the Surrender Value is sufficient to cover each monthly deduction. If the Surrender Value is not sufficient to cover a monthly deduction, the Grace Period provision will apply. If the policy continues to the Maturity Date, the provisions of the policy concerning Proceeds Payable Upon Maturity will apply.

This provision will not continue coverage beyond the Maturity Date. Nor will it continue any rider beyond the termination date stated in the rider.

**Surrender Value**

This policy may be surrendered for its Surrender Value at any time while the Insured is alive and before the Maturity Date. Partial surrenders will also be allowed. In either case, Ætna may defer payment for up to 6 months, except payment used to pay premiums due Ætna.

The Surrender Value will be equal to (a) minus (b) where

(a) is the cash value on the date of surrender;

and (b) is the sum of

(1) the Surrender Charge determined from the Table of Surrender Charges in this policy, and

(2) any existing contract debt.

However, if surrender occurs during the first 31 days of a policy year, the Surrender Value will be not less than it was on the first day of that year, less any subsequent loans and partial surrenders. At no time will the Surrender Value be less than zero.

**Surrender Charge**

The Surrender Charge is a charge made against the cash value. The amount and duration of the charge are determined from the Table of Surrender Charges.

If an increase in the Specified Amount is requested and approved, additional Surrender Charges will apply to the policy. Ætna will provide written notice of the amount and duration.

Any decrease in the Specified Amount will not reduce the original or any additional Surrender Charge.

Upon reinstatement of this policy, no Surrender Charge will apply to coverage which was in force for 2 years prior to the date on which the policy terminated. For coverage which was not in force for such two years, future Surrender Charges will be reduced. The reduction will be in the same proportion which the Surrender Charge on the due date of the unpaid deduction bears to the cash value on that date.

**Partial Surrender**

Partial surrenders may be made while the Insured is living and before the Maturity Date. However, no partial surrenders may be made in the first policy year and no more than 3 partial surrenders may be made in each subsequent policy year.

A partial Surrender Charge will be made against the amount of the cash value which is surrendered. The charge will be in proportion to the charge that would apply to a full withdrawal. The proportion will be computed as the amount of cash value that is surrendered divided by the total cash value. When the partial surrender is made, future Surrender Charges will be reduced in the same proportion.

The minimum Surrender Charge for a partial surrender will be $25. The minimum amount of any partial surrender will be that amount which, after any partial Surrender Charge is applied, equals $500.

A partial surrender will reduce both the cash value and the Death Benefit. If Option 1 is in effect, the Specified Amount will be reduced by the amount of the cash value reduction. The reduction will reduce any past increases in the reverse order in which they occurred.

**Basis of Calculation**

Minimum cash values are based on the 1958 Commissioners Standard Ordinary Mortality Table, male or female, age nearest birthday. Interest is assumed at the rate of $4\frac{1}{2}\%$ per year. Death is assumed to occur at the end of the policy year.

The values of this policy equal or exceed those required by law in the state where this policy is delivered. A detailed statement has been filed with that state which shows how to compute those values.

## Policy Loans

**Cash Loans**

Ætna will grant loans while this policy is in force. The loan when added to any existing loan balance may not be more than the loan value when the loan is made. A loan agreement which assigns the policy as sole security for the loan will be required. Ætna may defer payment of loans, except loans to pay premiums due Ætna, for up to 6 months.

**Loan Values**

The loan value will be the amount such that the non-loaned portion of the surrender value will be sufficient to keep the policy in force to the end of the policy year, calculated using the guaranteed cost of insurance and interest rates.

**Interest**

Loans bear interest at the rate of 7.4% per year in advance. Interest accrues daily from the date of the loan and is due on the first day of each policy year. If not paid when due, the interest will be added to the loan and will itself bear interest on the same terms.

The loan balance consists of all outstanding loans including accrued interest. If the loan balance grows to more than the Surrender Value, the Grace Period provision will apply.

**Repayment**

Any loan balance may be repaid in full or in part at any time before the Maturity Date while the Insured is living and the policy is in force. Any loan balance will reduce any benefit under this policy.

## Changes in Insurance Coverage

The following changes may be made in this policy more than one year after its Date of Issue. A written request will be required. A new Policy Specifications page will be sent when a change occurs.

**Increase In Amount**

For an increase in the Specified Amount, a new application must be submitted. Evidence of insurability satisfactory to Ætna will be required. The Surrender Value, less any outstanding loan balance, must be sufficient to cover the next monthly deduction. The effective date of any increase will be shown in a supplement to page 2.

The Basic Monthly Premium will be increased when the Specified Amount is increased or when a benefit rider is added or increased. A new period will begin during which the policy will not terminate if the conditions of the Basic Monthly Premium provision are met. The new period will begin on the effective date of the increase. It will continue through the current policy year to the end of the succeeding policy year.

**Decreases in Amount**

For a decrease in the Specified Amount, the effective date will be the monthly deduction day on or next following the date on which the request is received. The decrease will be applied first to any past increase in the reverse order in which they occurred. The minimum Specified Amount after a decrease shall be Ætna's published minimum for this type of policy at the time of the request.

**Change in Death Benefit Option**

A change from one Death Benefit option to the other will take effect on the monthly deduction day on or next following the date on which the request is received.

If a change from Option 1 to Option 2 is made, the Specified Amount will be reduced to equal the death benefit less the cash value at the time of change.

If a change from Option 2 to Option 1 is made, the Specified Amount will be increased to equal the death benefit at the time of change. No evidence of insurability will be required.

**Exchange**

This policy may be exchanged for a new policy on any plan of insurance, except term insurance, which Ætna then issues. Written notice at least 31 days in advance of the exchange will be required.

The amount of the new policy may not exceed (a) minus (b) where:

(a) is the Insured's current Death Benefit under this policy plus the cash value of the new policy;

and (b) is the Cash Value, minus any outstanding loan balance of the policy.

The new policy will take effect upon surrender of this policy.

# Annual Report — Projection of Benefits

**Annual Report**

Ætna will send a report at least once during each policy year. The report will show the cash value and the Surrender Value on the date of the report. It will also show since the last report at least the following information.

    (1) premiums paid;

    (2) the cost of insurance and the cost of riders;

    (3) interest credited;

    (4) the amount of any surrenders or partial surrenders;

    (5) the amount of surrender charges made;

    (6) a summary of loan activity.

**Projection of Benefits**

Ætna will provide a projection of illustrative future death benefits and cash values at any time upon written request. Ætna reserves the right to charge a fee for this service.

The illustration will be based on (1) the assumptions specified in the request as to Death Benefit Options and premium payment, and (2) other necessary assumptions made in the request or by Ætna.

# General Provisions

**The Contract**

This policy and the application are the whole contract. A copy of the application is attached to the policy at issue. Any new application for changes approved by Ætna will become part of the policy.

Only an officer of Ætna may agree to a change in the policy, and then only in writing. All statements made by or for the Insured are representations and not warranties. No statement will be used to void the policy or defend against a claim unless it is contained in an application.

**Payment of Benefits**

All benefits are payable at Ætna's Home Office. Ætna may require submission of the policy before it grants loans, makes changes or pays benefits.

**Age and Sex**

If age or sex is misstated, the policy values will be changed to those which would have been provided for the correct age and sex. The change will be based on the difference between the monthly deductions made and the correct monthly deductions.

**Incontestability**

Ætna will not contest this policy after it has been in force during the lifetime of the Insured for 2 years from its Date of Issue.

For coverage which takes effect on a later date as an increase or reinstatement of insurance, Ætna will not contest such coverage after it has been in force during the lifetime of the Insured for 2 years from its effective date. Any contest of such later coverage will be based on the supplemental application.

These incontestability paragraphs do not apply to any waiver of premium rider.

**Suicide**

If the Insured commits suicide, while sane or insane, within two years from the Date of Issue, only a limited benefit will be paid. The limited benefit will be the premiums paid minus any outstanding contract debt and minus any withdrawals.

If the Insured commits suicide while sane or insane, within 2 years from the effective date of any increase in coverage, Ætna will pay only the monthly deductions for the increase.

**Protection of Proceeds**

To the extent provided by law, the proceeds of this policy are not subject to claims by a beneficiary's creditors nor to any legal process against any beneficiary.

**Non-Participation**

This policy is not entitled to share in surplus distribution. No dividends are paid.

## Settlement Options

**Income Options**   All or part of the proceeds of this policy may be applied under one or more of the following options, or in any other manner to which Ætna agrees.

**Interest**   1.   Payment of interest on funds left with Ætna. Funds may be left for a period longer than one lifetime only with the consent of Ætna.

**Fixed Amount**   2.   Payment of a fixed amount until the proceeds and interest are paid in full. The amount to be paid in a year must be at least $60 for each $1,000 of proceeds applied. However, Ætna will have the right to make as a minimum payment during any year an amount equal to 105% of the interest for that year.

**Fixed Period**   3.   Payment for a fixed period, not longer than 30 years, as elected from the following table.

| PAYMENT PER $1,000 PROCEEDS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| YEARS OF FIXED PERIOD | ANNUAL | SEMI-ANNUAL | QUAR-TERLY | MONTHLY | YEARS OF FIXED PERIOD | ANNUAL | SEMI-ANNUAL | QUAR-TERLY | MONTHLY |
| 1 | $1000.00 | $504.29 | $253.24 | $84.65 | 10 | $116.18 | $58.59 | $29.42 | $9.83 |
| 2 | 508.60 | 256.49 | 128.79 | 43.06 | 15 | 83.89 | 42.31 | 21.24 | 7.10 |
| 3 | 344.86 | 173.91 | 87.33 | 29.19 | 20 | 67.98 | 34.28 | 17.22 | 5.75 |
| 4 | 263.05 | 132.65 | 66.61 | 22.27 | 25 | 58.62 | 29.56 | 14.85 | 4.96 |
| 5 | 213.99 | 107.92 | 54.19 | 18.12 | 30 | 52.53 | 26.49 | 13.30 | 4.45 |

**Life Income**   4.   Payment for a fixed period, if any, and life thereafter, as elected from the following table. No payment will become due after death, except payment for any remaining fixed period.

| MONTHLY LIFE INCOME PER $1,000 PROCEEDS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AGE NEAREST BIRTHDAY | | WITH FIXED PERIOD | | | WITHOUT FIXED PERIOD | AGE NEAREST BIRTHDAY | | WITH FIXED PERIOD | | | WITHOUT FIXED PERIOD |
| MALE | FEMALE | 10 YRS. | 15 YRS. | 20 YRS | | MALE | FEMALE | 10 YRS. | 15 YRS. | 20 YRS. | |
| 20 | 25 | $3.44 | $3.44 | $3.43 | $3.45 | 67 | 72 | $7.01 | $6.28 | $5.55 | $ 7.76 |
| 25 | 30 | 3.57 | 3.56 | 3.55 | 3.57 | 68 | 73 | 7.18 | 6.37 | 5.59 | 8.04 |
| 30 | 35 | 3.72 | 3.71 | 3.70 | 3.73 | 69 | 74 | 7.35 | 6.46 | 5.62 | 8.34 |
| 35 | 40 | 3.92 | 3.91 | 3.88 | 3.93 | 70 | 75 | 7.52 | 6.54 | 5.65 | 8.67 |
| 40 | 45 | 4.17 | 4.14 | 4.09 | 4.19 | 71 | 76 | 7.70 | 6.62 | 5.67 | 9.01 |
| 45 | 50 | 4.49 | 4.43 | 4.34 | 4.54 | 72 | 77 | 7.88 | 6.69 | 5.69 | 9.39 |
| 50 | 55 | 4.89 | 4.77 | 4.62 | 4.98 | 73 | 78 | 8.05 | 6.76 | 5.71 | 9.79 |
| 55 | 60 | 5.37 | 5.17 | 4.92 | 5.54 | 74 | 79 | 8.22 | 6.81 | 5.72 | 10.22 |
| 60 | 65 | 5.96 | 5.62 | 5.22 | 6.27 | 75 | 80 | 8.39 | 6.87 | 5.73 | 10.69 |
| 61 | 66 | 6.09 | 5.72 | 5.27 | 6.44 | 76 | 81 | 8.56 | 6.91 | 5.74 | 11.20 |
| 62 | 67 | 6.23 | 5.81 | 5.33 | 6.63 | 77 | 82 | 8.72 | 6.95 | 5.74 | 11.74 |
| 63 | 68 | 6.38 | 5.91 | 5.38 | 6.82 | 78 | 83 | 8.87 | 6.99 | 5.75 | 12.34 |
| 64 | 69 | 6.53 | 6.00 | 5.43 | 7.04 | 79 | 84 | 9.01 | 7.02 | 5.75 | 12.98 |
| 65 | 70 | 6.68 | 6.10 | 5.47 | 7.26 | 80 and over | 85 and over | 9.14 | 7.04 | 5.75 | 13.67 |
| 66 | 71 | 6.84 | 6.19 | 5.52 | 7.50 | | | | | | |

**Joint Life Income Reducing for Survivor**   5.   Payment for the joint lifetime of two payees, with payments reducing to one-half of the original amount when either payee dies, in accordance with the following table. No payment will become due after the death of the surviving payee.

| MONTHLY JOINT LIFE INCOME WITH ½ TO SURVIVOR PER $1,000 PROCEEDS | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AGE NEAREST BIRTHDAY | | RATES FOR OTHER AGE COMBINATIONS WILL BE FURNISHED UPON REQUEST | | | | | | | | | | | |
| MALE | | 45 | 50 | 55 | 60 | 61 | 62 | 63 | 64 | 65 | 70 | 75 | 80 |
| | FEMALE | 50 | 55 | 60 | 65 | 66 | 67 | 68 | 69 | 70 | 75 | 80 | 85 |
| 50 | 55 | $4.75 | $4.98 | $5.24 | $5.55 | $5.61 | $5.68 | $5.76 | $5.83 | $5.91 | $6.32 | $6.79 | $7.30 |
| 55 | 60 | 4.99 | 5.24 | 5.54 | 5.88 | 5.95 | 6.03 | 6.11 | 6.20 | 6.28 | 6.76 | 7.30 | 7.88 |
| 60 | 65 | 5.26 | 5.55 | 5.88 | 6.27 | 6.35 | 6.44 | 6.53 | 6.63 | 6.73 | 7.27 | 7.90 | 8.59 |
| 61 | 66 | 5.32 | 5.61 | 5.95 | 6.35 | 6.44 | 6.53 | 6.63 | 6.72 | 6.83 | 7.39 | 8.04 | 8.76 |
| 62 | 67 | 5.39 | 5.68 | 6.03 | 6.44 | 6.53 | 6.63 | 6.72 | 6.82 | 6.93 | 7.51 | 8.18 | 8.93 |
| 63 | 68 | 5.45 | 5.76 | 6.11 | 6.53 | 6.63 | 6.72 | 6.82 | 6.93 | 7.04 | 7.64 | 8.33 | 9.10 |
| 64 | 69 | 5.52 | 5.83 | 6.20 | 6.63 | 6.72 | 6.82 | 6.93 | 7.04 | 7.15 | 7.77 | 8.49 | 9.29 |
| 65 | 70 | 5.59 | 5.91 | 6.28 | 6.73 | 6.83 | 6.93 | 7.04 | 7.15 | 7.26 | 7.90 | 8.65 | 9.49 |
| 66 | 71 | 5.66 | 5.98 | 6.37 | 6.83 | 6.93 | 7.04 | 7.15 | 7.26 | 7.38 | 8.04 | 8.82 | 9.69 |
| 67 | 72 | 5.73 | 6.07 | 6.46 | 6.94 | 7.04 | 7.15 | 7.26 | 7.38 | 7.50 | 8.19 | 9.00 | 9.90 |
| 68 | 73 | 5.80 | 6.15 | 6.56 | 7.04 | 7.15 | 7.27 | 7.38 | 7.51 | 7.63 | 8.34 | 9.18 | 10.13 |
| 69 | 74 | 5.88 | 6.24 | 6.66 | 7.16 | 7.27 | 7.39 | 7.51 | 7.63 | 7.77 | 8.50 | 9.37 | 10.36 |
| 70 | 75 | 5.96 | 6.32 | 6.76 | 7.27 | 7.39 | 7.51 | 7.64 | 7.77 | 7.90 | 8.67 | 9.57 | 10.61 |
| 75 | 80 | 6.37 | 6.79 | 7.30 | 7.90 | 8.04 | 8.18 | 8.33 | 8.49 | 8.65 | 9.57 | 10.69 | 12.00 |

| | |
|---|---|
| **Interest Rate** | The guaranteed interest rate is 3½% per year compounded annually. This rate applies to funds held under Options 1, 2 and 3 and under Option 4 during any fixed period. As to these funds, Ætna will allow such excess interest as it may declare each year. As to Option 1, Ætna may from time to time offer higher interest rates with certain conditions on withdrawal as are then published by Ætna. |
| **Preferred Option** | An election of Option 4 or 5 may specify "Annuity Option" 4 or 5. If that is done and if the guaranteed payments are less than those of a preferred annuity on the same plan, the larger amounts will be paid instead. But in that case no excess interest will be paid. A preferred annuity is an annuity which could be purchased from Ætna by the proceeds at a reduced single premium rate. That rate will be Ætna's base premium rate on the due date of the first payment, adjusted for immediate first payment, less a percentage. The percentage will be that which is then provided by Ætna's published rules. |
| **Purchase of Additional Income** | Additional income may be purchased when the proceeds are applied to these options upon the death of the Insured. If this policy is part of a retirement plan, such a purchase may be made when proceeds of the policy are so applied at other times as well. But in that case, the plan must be one which qualifies for favored federal income tax treatment. Each purchase must be made no later than 120 days after the date as of which the proceeds are so applied.

The amount which Ætna accepts for this purpose will become part of the proceeds. But Ætna will first deduct the amount of any premium tax which may be payable. In each case, the purchase will be subject to Ætna's then published limits as to amount. |
| **Conditions** | An election shall be made by written request filed with Ætna or by the exchange of this policy for a contract which covers the election. Ætna may require such an exchange before payments are made. If no election has been made when the payee becomes entitled to proceeds, the payee may make the election.

Payments will be made at intervals of 1, 3, 6 or 12 months in equal amounts as elected. Rates for ages and intervals not shown will be furnished upon request.

These options will be allowed only with the consent of Ætna (1) if the payee is other than a natural person receiving payments in his or her own right; (2) if the payee is an assignee of the policy; or (3) if payments would be less than $25 each or less than $120 in a year. |
| **Withdrawal and Death of Payee** | As to funds held under Options 1, 2 and 3, withdrawals and changes of option may be made if the payee makes the election or if the election so permits. No withdrawals or changes of option may be made under Options 4 and 5. Upon the death of the payee, the value of any guaranteed payments not yet paid will be paid in one sum to the estate of the payee, unless the election states otherwise.

Withdrawal values and death values will be discounted at the guaranteed interest rate. However, for preferred options, such values will be discounted at the rate provided by Ætna's published rules. |

CAT. 616397
PRINTED IN U.S.A.

# AMENDMENT TO SETTLEMENT OPTIONS

Tables for Options 4 and 5 are based on the Annuity Table for 1949 for males, set back one year for males and six years for females, with interest at the rate of 3½% per year, compounded annually.

The following is made part of and completes the table shown in the policy for Option 4:

| MONTHLY LIFE INCOME PER $1,000 PROCEEDS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AGE NEAREST BIRTHDAY | | WITH FIXED PERIOD | | | WITHOUT FIXED PERIOD | AGE NEAREST BIRTHDAY | | WITH FIXED PERIOD | | | WITHOUT FIXED PERIOD |
| MALE | FEMALE | 10 YRS. | 15 YRS. | 20 YRS. | | MALE | FEMALE | 10 YRS. | 15 YRS. | 20 YRS. | |
| 6 and under | 11 and under | $3.21 | $3.21 | $3.21 | $3.22 | 33 | 38 | $3.84 | $3.82 | $3.80 | $3.85 |
| 7 | 12 | 3.23 | 3.22 | 3.22 | 3.23 | 34 | 39 | 3.88 | 3.86 | 3.84 | 3.89 |
| 8 | 13 | 3.24 | 3.24 | 3.23 | 3.24 | 35 | 40 | 3.92 | 3.91 | 3.88 | 3.93 |
| 9 | 14 | 3.25 | 3.25 | 3.25 | 3.25 | 36 | 41 | 3.97 | 3.95 | 3.92 | 3.98 |
| 10 | 15 | 3.27 | 3.26 | 3.26 | 3.27 | 37 | 42 | 4.02 | 3.99 | 3.96 | 4.03 |
| 11 | 16 | 3.28 | 3.28 | 3.27 | 3.28 | 38 | 43 | 4.07 | 4.04 | 4.00 | 4.08 |
| 12 | 17 | 3.30 | 3.29 | 3.29 | 3.30 | 39 | 44 | 4.12 | 4.09 | 4.05 | 4.14 |
| 13 | 18 | 3.31 | 3.31 | 3.30 | 3.31 | 40 | 45 | 4.17 | 4.14 | 4.09 | 4.19 |
| 14 | 19 | 3.33 | 3.33 | 3.32 | 3.33 | 41 | 46 | 4.23 | 4.20 | 4.14 | 4.26 |
| 15 | 20 | 3.35 | 3.34 | 3.34 | 3.35 | 42 | 47 | 4.29 | 4.25 | 4.19 | 4.32 |
| 16 | 21 | 3.36 | 3.36 | 3.36 | 3.37 | 43 | 48 | 4.36 | 4.31 | 4.24 | 4.39 |
| 17 | 22 | 3.38 | 3.38 | 3.37 | 3.39 | 44 | 49 | 4.42 | 4.37 | 4.29 | 4.46 |
| 18 | 23 | 3.40 | 3.40 | 3.39 | 3.41 | 45 | 50 | 4.49 | 4.43 | 4.34 | 4.54 |
| 19 | 24 | 3.42 | 3.42 | 3.41 | 3.43 | 46 | 51 | 4.57 | 4.50 | 4.40 | 4.62 |
| 20 | 25 | 3.44 | 3.44 | 3.43 | 3.45 | 47 | 52 | 4.64 | 4.56 | 4.45 | 4.70 |
| 21 | 26 | 3.47 | 3.46 | 3.46 | 3.47 | 48 | 53 | 4.72 | 4.63 | 4.51 | 4.79 |
| 22 | 27 | 3.49 | 3.49 | 3.48 | 3.50 | 49 | 54 | 4.80 | 4.70 | 4.56 | 4.88 |
| 23 | 28 | 3.52 | 3.51 | 3.50 | 3.52 | 50 | 55 | 4.89 | 4.77 | 4.62 | 4.98 |
| 24 | 29 | 3.54 | 3.54 | 3.53 | 3.55 | 51 | 56 | 4.98 | 4.85 | 4.68 | 5.08 |
| 25 | 30 | 3.57 | 3.56 | 3.55 | 3.57 | 52 | 57 | 5.07 | 4.93 | 4.74 | 5.18 |
| 26 | 31 | 3.60 | 3.59 | 3.58 | 3.60 | 53 | 58 | 5.17 | 5.01 | 4.80 | 5.30 |
| 27 | 32 | 3.63 | 3.62 | 3.61 | 3.63 | 54 | 59 | 5.27 | 5.09 | 4.86 | 5.41 |
| 28 | 33 | 3.66 | 3.65 | 3.64 | 3.66 | 55 | 60 | 5.37 | 5.17 | 4.92 | 5.54 |
| 29 | 34 | 3.69 | 3.68 | 3.67 | 3.70 | 56 | 61 | 5.48 | 5.26 | 4.98 | 5.67 |
| 30 | 35 | 3.72 | 3.71 | 3.70 | 3.73 | 57 | 62 | 5.59 | 5.35 | 5.04 | 5.80 |
| 31 | 36 | 3.76 | 3.75 | 3.73 | 3.77 | 58 | 63 | 5.71 | 5.44 | 5.10 | 5.95 |
| 32 | 37 | 3.80 | 3.79 | 3.77 | 3.81 | 59 | 64 | 5.83 | 5.53 | 5.16 | 6.10 |

ÆTNA LIFE INSURANCE AND ANNUITY COMPANY

*Louise L. McCormick*

*Secretary*

CAT. 079723
PRINTED IN U.S.A.

## MONTHLY EXPENSE CHARGE RIDER

Each monthly deduction shall be increased by the Monthly Expense Charge shown on page 2. This charge will not apply on any monthly deduction day when the Specified Amount is $100,000 or more.

Ætna Life Insurance and Annuity Company

*Louise L. McCormick*
Secretary

.38713

CAT. 625523
PRINTED IN U.S.A.

AETNA LIFE INSURANCE AND ANNUITY COMPANY
Hartford, Connecticut 06156

**APPLICATION SUPPLEMENT**

Policy Number   U1070058
or
Contract Number

Name  HELEN R HANKS

Date of Application  NOVEMBER 15, 1983          Agency  DA2

Ætna is authorized to amend the application as follows: The answers to the question(s) below should read as follows:

10A,B,C        ALL NO.

11,12,13       ALL NO.

I hereby accept the above policy (or annuity contract) based upon the amended application.

Signed at _____ on _____
                    (City, State)                                      (Mo.-Day-Yr.)

X_____            X_____
Witness                                     Signature of Proposed Insured

                                            X_____
                                            Signature of Applicant (if other than Proposed Insured).
                                            If corporation or partnership, an officer or partner other
                                            than proposed insured must sign and state title.

Both signatures required if Applicant and Proposed Insured are different persons, unless Proposed Insured is under age 15.

38215-A                              POLICY COPY

ÆTNA LIFE INSURANCE COMPANY   ÆTNA LIFE INSURANCE AND ANNUITY COMPANY
Hartford, Connecticut 06156
**LIFE INSURANCE APPLICATION**

4. Policy Information (Describe as in Manual)     ☒ Non-Participating     Amount
   a. Basic Plan: _Aeconoflex E Option I_       ☐ Participating        $ _50,000_
   b. Waiver of Premium ☐ YES ☒ NO     Accidental Death ☐ YES ☒ NO     $ _____
   c. Other Benefits _____     $ _____
   d. Make Automatic Premium Loan Provision operative, if available.   ☒ YES ☐ NO
   e. If Participating, Dividend Option: ☐ Pay in Cash ☐ Reduce Prem. ☐ Paid-Up Ins. ☐ Accumulated ☐ Other

5. a. Beneficiary (Name and Relationship to Proposed Insured):

   equally, or, if none survives, to contingent beneficiaries who survive, equally, or if none survives, to Insured's estate.
   b. Policyowner _The Applicant_ Unless otherwise requested, Applicant is to be Policyowner.

6. Will life insurance or annuity in any company be replaced or modified if insurance applied for is issued?

8. Have you smoked any cigarettes within the past 12 months?
9. Have you consulted a physician within 3 years?

10. Have you ever had or been treated for:
    a. Heart or lung disease, stroke or high blood pressure?
    b. Cancer, diabetes, mental illness or any disease of the brain or nervous system?
    c. Alcohol or drug use or any disease of the stomach, intestines, liver or kidneys?
11. Have you, within 5 years, had insurance either refused or offered only with an extra premium?
12. Have you, within 2 years, flown as a pilot or engaged in vehicular racing, hang gliding or sky or scuba diving? (If yes, submit aviation or avocations supplement.)
13. Have you, within 3 years, had motor vehicle moving violations or license suspended?
    If any YES answers give details in No. 14 to include dates, reasons, diagnoses, and physicians' names and addresses.

14. ADDITIONAL INFORMATION (Refer to specific question number)

IT IS MUTUALLY AGREED THAT:

1) The statements and answers in this application are complete and true to the best of my knowledge and belief.
2) If a payment is made with this application or a Salary Deduction Authorization signed, Temporary Insurance begins on the LATER of the following dates: (a) The date of this application, (b) The date of the last medical examination initially required by age and amount. Temporary Insurance ends on the EARLIEST of the following dates: (a) 60 days from the date insurance begins, (b) The date insurance begins on the policy applied for, (c) The date the Company notifies the applicant that the application is declined. (Five days after mailing will be considered effective notice.)
3) No agent may alter the terms of the application or the policy or waive any of the Company's rights or requirements.

Signed at _Palestine   Texas_ on (Mo.-Day-Yr.) _11-15-83_
(City, State)

I certify that I have accurately recorded on the application the information supplied by the proposed insured.
X _J M Kenderdine_
Signature of Agent

X _Helen R. Hanks_
Signature of Proposed Insured
X _____
Signature of Applicant (if other than Proposed Insured)

.38619                                    CAT. 604429   PRINTED IN U.S.A.