**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELEN HANKS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY, formerly known as Aetna Life Insurance and Annuity Company,<br><br>Defendant. | Civil Action No. 16-cv-6399 (PKC) |

**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR APPROVAL OF A THIRD DISTRIBUTION TO ELIGIBLE SETTLEMENT CLASS MEMBERS ~~AND *CY PRES* DISTRIBUTION OF ANY REMAINING UNCLAIMED FUNDS~~**

This matter having come before the Court on Plaintiff's Motion for Approval of a Third Distribution to Eligible Settlement Class Members and *Cy Pres* Distribution of Any Remaining Unclaimed Funds, Dkt. 310, and good cause appearing therefor,

IT IS HEREBY ORDERED, as follows:

1. Plaintiff's Motion is GRANTED, to the extent indicated below.

2. The Settlement Administrator shall conduct a third *pro rata* distribution of settlement funds to eligible class members who previously cashed the checks they received in the second *pro rata* distribution, and who would receive a settlement payment of at least $10.00 in the third distribution.

3. The [Court will defer appointing a] ~~Life Insurance Settlement Association shall be appointed as the sole~~ *cy pres* recipient of any unclaimed settlement funds remaining following this third distribution, until after the third distribution and upon further application.

Case 1:16-cv-06399-PKC Document 313 Filed 06/05/25 Page 2 of 2

IT IS SO ORDERED.

Dated: 6-9-25

P. Kevin Castel
UNITED STATES DISTRICT JUDGE